FILED
October 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___DT___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LORENZO OSVALDO MARQUEZ-HERNANDEZ,**<br><br>Defendant. | § § § § § § § § § § § | **Case No: EP:25-CR-02568-LS**<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 8 U.S.C. § 1326(a)(1), (b)(1) – Illegal Re-Entry<br><br>**CT 2:** 18 U.S.C. § 111(a)(1) – Misdemeanor Assault on a Federal Officer |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about September 29, 2025, in the Western District of Texas, Defendant,

**LORENZO OSVALDO MARQUEZ-HERNANDEZ,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## COUNT TWO

On or about September 29, 2025, in the Western District of Texas, Defendant,

**LORENZO OSVALDO MARQUEZ-HERNANDEZ**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with A.C., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties by forcibly assaulting, resisting, opposing, impeding, intimidating

and interfering with A.C.: that is, the Defendant, with his foot, struck A.C. in the right leg; all in violation of Title 18, United States Code, Sections 111(a)(1).

                A TRUE BILL.

                FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
   Assistant U.S. Attorney